[Cite as *Moss v. McLaughlin*, 2021-Ohio-2744.]

| | | |
|---|---|---|
| STATE OF OHIO | ) | IN THE COURT OF APPEALS |
| | )ss: | NINTH JUDICIAL DISTRICT |
| COUNTY OF SUMMIT | ) | |

HEDY L. MOSS

    Relator

    v.

JUDGE KELLY MCLAUGHLIN

    Respondent

C.A. No.  30010

ORIGINAL ACTION IN
MANDAMUS

Dated:  August 11, 2021

PER CURIAM.

{¶1} Relator, Hedy L. Moss, has petitioned this Court for a writ of mandamus to compel Respondent, Judge Kelly McLaughlin, to issue a final, appealable, order in her criminal case.  Respondent has moved to dismiss as moot and provided this Court with a copy of the trial court docket demonstrating both that the requested order has been filed and that Ms. Moss, through counsel, has filed a notice of appeal of that order.  Because the requested order has been filed, Ms. Moss' claim is moot, and this Court dismisses her petition.

{¶2} To obtain a writ of mandamus, Ms. Moss must demonstrate that she has a clear legal right to the relief requested, that Respondent has a clear legal duty to provide it, and that there is no adequate remedy available in the ordinary course of law.  *State ex*

*rel. Waters v. Spaeth*, 131 Ohio St.3d 55, 2012-Ohio-69, ¶ 6. It is well-settled that mandamus will not "compel the performance of a duty that has already been performed." *State ex rel. Grove v. Nadel*, 84 Ohio St.3d 252, 253, 1998-Ohio-541.

{¶3} Ms. Moss sought the writ of mandamus to order Respondent to issue a final, appealable, order in her criminal case. This Court may consider evidence outside the complaint to determine that an action is moot. *State ex rel. Nelson v. Russo*, 89 Ohio St.3d 227, 228 (2000). According to the motion to dismiss, and the trial court docket, Judge McLaughlin has filed the requested order. Accordingly, this matter is moot.

{¶4} Because Ms. Moss' claim is moot, the complaint is dismissed. Costs are taxed to relator.

{¶5} The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. *See* Civ.R. 58(B).

 

DONNA J. CARR
FOR THE COURT

HENSAL, J.
SUTTON, J.
CONCUR.

APPEARANCES:

HEDY L. MOSS, Pro se, Relator.

SHERRI BEVAN WALSH, Prosecuting Attorney, and RAYMOND J. HARTSOUGH and JOHN GALONSKI, Assistant Prosecuting Attorneys, for Respondent.